# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00161-CV

**L. Moffitt Cecil, III; Juanina Cecil Koch; William R. Koch; Audrey Chase; Larry Nolan; Tracy Nolan; Reva Strode; Rich Crakes; and Carlos Oliveira, Appellants**

**v.**

**Rocky Point Property Owners Association, Inc., and Peninsula Bluffs, L.P., a Texas Limited Partnership, Appellees**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT NO. 33,543, HONORABLE GUILFORD L. JONES III, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an agreed motion to dismiss, stating that they have settled their dispute with appellees. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellants' Motion

Filed: July 16, 2008